**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00509-CR

**LUKE HAMPTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00033-86-F**

## ORDER

The Court **GRANTS** appellant's September 30, 2015 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIVE (5) DAYS** from the date of this order.

/s/    ADA BROWN
JUSTICE